**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20309**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANDREW H. JACOBUS,

      Defendant.

_____/

**DEFENDANT ANDREW H. JACOBUS'S MOTION FOR DOWNWARD VARIANCE**

Defendant ANDREW H. JACOBUS (hereinafter "Mr. Jacobus"), by and through his undersigned counsel, files this Motion for Downward Variance in the above styled cause pursuant to Title 18, United States Code, Section 3553.

Mr. Jacobus respectfully requests that this Honorable Court sentence his below the advisory Guidelines range based on his history and characteristics, which includes his extenuating family circumstances.

WHEREFORE, Defendant ANDREW H. JACOBUS respectfully requests that this Honorable Court grant the instant motion and sentence him below the advisory guidelines range.

      Respectfully submitted,

      LEHR LEVI & MENDEZ, P.A.
      Attorneys for ANDREW H. JACOBUS
      4000 Ponce De Leon, Suite 480
      Coral Gables, Florida 33146
      Telephone: (305) 377-1777
      Fax: (305) 377-0087

      BY   /s/ *Bruce H. Lehr*
       BRUCE H. LEHR  Florida
       Bar Number 318930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                          */s/ Bruce H. Lehr*
                          BRUCE H. LEHR